# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: NORTHWOODS CONSTRUCTION, INC.    § Case No. 07-72239
                                        §
                                        §
Debtor(s)                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/02/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                              By:      /s/ STEPHEN G. BALSLEY
                                                                Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: NORTHWOODS CONSTRUCTION, INC.   §   Case No. 07-72239
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,010.93 |
| *and approved disbursements of* | $ 1,418.73 |
| *leaving a balance on hand of* [1] | $ 4,592.20 |
| **Balance on hand:** | $ 4,592.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,592.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,351.09 | 0.00 | 1,351.09 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,800.00 | 0.00 | 1,800.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,151.09 |
| Remaining balance: | $ 1,441.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |   |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,441.11 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,441.11 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,146.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rockford Auto Glass | 3,924.47 | 0.00 | 41.54 |
| 2 | DFI Floor Works, Inc. | 1,564.00 | 0.00 | 16.55 |
| 3 | Top Side Roofing, Inc. | 2,125.00 | 0.00 | 22.49 |
| 4 | Paschke Concrete, LLC | 16,634.51 | 0.00 | 176.07 |
| 5 | Munks Electrical | 11,526.99 | 0.00 | 122.01 |
| 6 | Robert A. Wilbrandt, Ltd. | 19,460.50 | 0.00 | 205.99 |
| 7 | Manning Steel Crane, Inc. | 950.00 | 0.00 | 10.06 |
| 8 | Nelson Exteriors | 349.25 | 0.00 | 3.70 |
| 9 | Nelson Exteriors | 641.00 | 0.00 | 6.78 |
| 10 | Nelson Exteriors | 796.00 | 0.00 | 8.43 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Zanck, Coen & Wright | 8,112.56 | 0.00 | 85.87 |
| 12 | Illini Hi Rach | 5,874.00 | 0.00 | 62.18 |
| 13 | Magana Drywall | 4,872.00 | 0.00 | 51.57 |
| 14 | Yellow Book USA | 5,093.89 | 0.00 | 53.92 |
| 15 | Parrish Paving | 9,140.00 | 0.00 | 96.75 |
| 16 | Graduate Decorators Corp. | 6,023.43 | 0.00 | 63.76 |
| 17 | Polar Heating & Cooling, Inc. | 9,550.00 | 0.00 | 101.09 |
| 18 | Nelson Exteriors | 4,937.00 | 0.00 | 52.26 |
| 19 | Stan's Lumber, Inc. | 11,801.52 | 0.00 | 124.92 |
| 20 | Hogan Roofing | 12,770.00 | 0.00 | 135.17 |

Total to be paid for timely general unsecured claims:   $   1,441.11
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 25,128.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | C&C Transportation, Inc | 368.83 | 0.00 | 0.00 |
| 22 | Advanta Bank Corp | 24,759.32 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**          0.00
Remaining balance:                           $          0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Northwoods Construction, Inc.
    Debtor

Case No. 07-72239-TML
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: vgossett     Page 1 of 3     Date Rcvd: Aug 23, 2013
                   Form ID: pdf006     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2013.

```
db          #+Northwoods Construction, Inc.,    19119 Crowley Road,    Harvard,, IL 60033-9324
11620137    #+3-D Mechanical, Inc.,    143 Industrial Dr., Unit D,    Gilberts, IL 60136-9740
11620139     Adams Steel Service, Inc.,    3003 W. Rte 120,    McHenry, Illinois 60050
12057544     Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11620140    +Architectual Distributors, Inc.,    c/o Scott Stevenson,    162 Center Street,
              Grayslake, IL 60030-1533
11620141    +Astro Insulation,    4418 Route 31,    Ringwood, IL 60072-9642
11936200    +C&C Transportation, Inc,    P O Box 210,    Linwood, Kansas 66052-0210
11620142    +DFI Floor Works, Inc.,    15315 S. Patrick Road,    Woodstock, IL 60098-9405
11620143     Environmental Technology,    c/o James Benser,    6105 Route 31,    Ringwood, IL 60072
11620144    +Fuller & Barres,    69 South Barrington Road,    South Barrington, IL 60010-9508
11620145    +Graduate Decorators Corp.,    c/o Jim Dahl,    9239 South Route 31,
              Lake in the Hills, IL 60156-1670
11620146    +Hartwig Mechanical, Inc.,    c/o Ted Hartwig,    350 Rolf Road,    DeKalb, Il 60115-3150
11620147    #+Harvard Chamber of Commerce,    62 North Ayer Street, #B,    Harvard, IL 60033-2871
11620148    +Hogan Roofing,    c/o Mark Hogan,    820 McArdle Drive,    Crystal Lake, IL 60014-8164
11620149    +Illini Hi Rach,    13633 Main Street,    Lemont, IL 60439-9179
11620150    +Magana Drywall,    c/o Isabel Magana,    510 Third Avenue,    Marengo, IL 60152-2428
11620152     Mercy Health System,    Post Office Box 8188,    Janesville, WI 53547-8188
11620153    +Midwest Drywall Supply,    1080 Proctor Drive,    Elkhorn, WI 53121-2026
11620154    +Munks Electrical,    8519 Nolan Street,    Harvard, IL 60033-9523
11620155    +Nelson Exteriors,    c/o Walter Nelson,    125 N. State Street,    Genoa, IL 60135-1065
11620156    +Parrish Paving,    c/o Bud Paving,    485 Rockland Rd.,    Crystal Lake, IL 60014-4129
11620157    +Paschke Concrete, LLC,    c/o Russ Paschke,    3715 S. O'Riley Rd.,    Darien, WI 53114-1136
11620158    +Polar Heating & Cooling, Inc.,    c/o Jeff Iverson,    11400 Krutzer Rd.,    Huntley, IL 60142-8094
11620159     R. H. Donnelley,    Post Office Box 807008,    Kansas City, MO 64180-7008
11620160    +Regal Steel Erectors, LLC,    c/o Mike Bates,    850 Tollgate Road,    Elgin, IL 60123-9300
11620161    +Robert A. Wilbrandt, Ltd.,    Larry Wilbrandt,    65 S. Virginia Street,
              Crystal Lake, IL 60014-5852
11620162    +Rockford Auto Glass,    5401 E. State Street,    Rockford, IL 61108-2902
11620163    +Stan's Lumber, Inc.,    Post Office Box 40,    Twin Lakes, WI 53181-0040
11620164    +Top Side Roofing, Inc.,    c/o Mark Van Deusen,    1655 Shanahan Dr.,    South Elgin, IL 60177-2276
11745306    +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    P O Box 5126,
              Timonium, Maryland 21094-5126
11620165     Yellow Book USA-East,    Post Office Box 586,    Newark, NJ 07101
11620167    +Zanck, Coen & Wright,    40 Brink Street,    Crystal Lake, IL 60014-4373
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
11620138    ##+Accurate Personnel,    16 N. Roselle Rd.,    Schaumburg, IL 60194-3527
11620151    ##+Manning Steel Crane, Inc.,    Post Office Box 714,    Huntley, IL 60142-0714
11620166     ##Yellow Book USA-West,    Post Office Box 6448,    Carol Stream, IL 60197-6448
```
                                                      TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: vgossett              Page 2 of 3              Date Rcvd: Aug 23, 2013
                              Form ID: pdf006             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2013**            **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett            Page 3 of 3              Date Rcvd: Aug 23, 2013
                              Form ID: pdf006           Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2013 at the address(es) listed below:

          Carole J. Ryczek   on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Richard T Jones   on behalf of Debtor   Northwoods Construction, Inc. matilda@joneshart.com,
           john@joneshart.com
          Stephen G Balsley   on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com
          Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                                          TOTAL: 5