# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: NORTHWOODS CONSTRUCTION, INC. | § | Case No. 07-72239 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00<br>*(without deducting any secured claims)* | Assets Exempt:  $0.00 |
| Total Distribution to Claimants:$1,243.71 | Claims Discharged<br>Without Payment: $250,271.35 |
| Total Expenses of Administration:$4,569.82 | |

3) Total gross receipts of $    6,010.93    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    197.40    (see **Exhibit 2**), yielded net receipts of  $5,813.53 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,086.57 | 4,569.82 | 4,569.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 209,740.53 | 161,274.21 | 161,274.21 | 1,243.71 |
| **TOTAL DISBURSEMENTS** | $209,740.53 | $172,360.78 | $165,844.03 | $5,813.53 |

4)  This case was originally filed under Chapter 7 on September 20, 2007. The case was pending for 77 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2014_____      By:  /s/STEPHEN G. BALSLEY_____
                                      Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable | 1121-000 | 6,000.00 |
| Interest Income | 1270-000 | 10.93 |
| **TOTAL GROSS RECEIPTS** | | **$6,010.93** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| U.S. BANKRUPTCY COURT | Monies for unclaimed payment on Claim No. 3 to Top Side Roofing & Claim No. 7 to Manning Steel Crane | 8500-002 | 0.00 |
| U.S. BANKRUPTCY COURT | Monies from unclaimed payment on Claim #3 (Top Side Roofing); #7 (Manning Steel Crane); #16 (Graduate Decorators); #17 (Polar Heating & Cooling) | 8500-002 | 197.40 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$197.40** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,351.09 | 1,351.09 | 1,351.09 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 8,316.75 | 1,800.00 | 1,800.00 |
| Attorney Laurence A. Willbrandt | 3210-600 | N/A | 900.00 | 900.00 | 900.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.05 | 5.05 | 5.05 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.64 | 6.64 | 6.64 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.77 | 4.77 | 4.77 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.60 | 5.60 | 5.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 5.92 | 5.92 | 5.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.27 | 4.27 | 4.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.48 | 6.48 | 6.48 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,086.57 | $4,569.82 | $4,569.82 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rockford Auto Glass | 7100-000 | 2,455.78 | 3,924.47 | 3,924.47 | 41.54 |
| 2 | DFI Floor Works, Inc. | 7100-000 | 1,530.00 | 1,564.00 | 1,564.00 | 16.55 |
| 3 | Top Side Roofing, Inc. | 7100-000 | 2,125.00 | 2,125.00 | 2,125.00 | 0.00 |
| 4 | Paschke Concrete, LLC | 7100-000 | 2,880.00 | 16,634.51 | 16,634.51 | 176.07 |
| 5 | Munks Electrical | 7100-000 | 10,517.99 | 11,526.99 | 11,526.99 | 122.01 |
| 6 | Robert A. Wilbrandt, Ltd. | 7100-000 | 17,258.50 | 19,460.50 | 19,460.50 | 205.99 |
| 7 | Manning Steel Crane, Inc. | 7100-000 | 950.00 | 950.00 | 950.00 | 0.00 |
| 8 | Nelson Exteriors | 7100-000 | 349.25 | 349.25 | 349.25 | 3.70 |
| 9 | Nelson Exteriors | 7100-000 | 641.00 | 641.00 | 641.00 | 6.78 |
| 10 | Nelson Exteriors | 7100-000 | 796.00 | 796.00 | 796.00 | 8.43 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Zanck, Coen & Wright | 7100-000 | 8,112.50 | 8,112.50 | 8,112.50 | 85.87 |
| 12 | Illini Hi Rach | 7100-000 | 2,750.00 | 5,874.00 | 5,874.00 | 62.18 |
| 13 | Magana Drywall | 7100-000 | 4,872.00 | 4,872.00 | 4,872.00 | 51.57 |
| 14 | Yellow Book USA | 7100-000 | 4,362.98 | 5,093.89 | 5,093.89 | 53.92 |
| 15 | Parrish Paving | 7100-000 | 8,815.00 | 9,140.00 | 9,140.00 | 96.75 |
| 16 | Graduate Decorators Corp. | 7100-000 | 4,773.43 | 6,023.43 | 6,023.43 | 0.00 |
| 17 | Polar Heating & Cooling, Inc. | 7100-000 | 8,799.99 | 9,550.00 | 9,550.00 | 0.00 |
| 18 | Nelson Exteriors | 7100-000 | 4,937.00 | 4,937.00 | 4,937.00 | 52.26 |
| 19 | Stan's Lumber, Inc. | 7100-000 | 22,003.26 | 11,801.52 | 11,801.52 | 124.92 |
| 20 | Hogan Roofing | 7100-000 | 10,570.00 | 12,770.00 | 12,770.00 | 135.17 |
| 21 | C&C Transportation, Inc | 7200-000 | N/A | 368.83 | 368.83 | 0.00 |
| 22 | Advanta Bank Corp | 7200-000 | N/A | 24,759.32 | 24,759.32 | 0.00 |
| NOTFILED | Architectual Distributors, Inc. c/o Scott Stevenson | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Astro Insulation | 7100-000 | 5,652.00 | N/A | N/A | 0.00 |
| NOTFILED | 3-D Mechanical, Inc. | 7100-000 | 4,095.00 | N/A | N/A | 0.00 |
| NOTFILED | Adams Steel Service, Inc. | 7100-000 | 293.39 | N/A | N/A | 0.00 |
| NOTFILED | Accurate Personnel | 7100-000 | 654.00 | N/A | N/A | 0.00 |
| NOTFILED | Environmental Technology c/o James Benser | 7100-000 | 485.00 | N/A | N/A | 0.00 |
| NOTFILED | Fuller & Barres | 7100-000 | 1,342.38 | N/A | N/A | 0.00 |
| NOTFILED | Regal Steel Erectors, LLC c/o Mike Bates | 7100-000 | 38,610.23 | N/A | N/A | 0.00 |
| NOTFILED | Yellow Book USA-West | 7100-000 | 792.18 | N/A | N/A | 0.00 |
| NOTFILED | R. H. Donnelley | 7100-000 | 5,631.86 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 199.20 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Drywall Supply | 7100-000 | 2,475.61 | N/A | N/A | 0.00 |
| NOTFILED | Hartwig Mechanical, Inc. c/o Ted Hartwig | 7100-000 | 14,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Chamber of Commerce | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $209,740.53 | $161,274.21 | $161,274.21 | $1,243.71 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 07-72239 | Trustee: | (330410) | STEPHEN G. BALSLEY |
| Case Name: | NORTHWOODS CONSTRUCTION, INC. | Filed (f) or Converted (c): | 09/20/07 (f) | |
| | | §341(a) Meeting Date: | 10/18/07 | |
| Period Ending: 02/25/14 | | Claims Bar Date: | 01/08/08 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1 | Checking account - First National Bank Marengo | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Accounts receivable<br>   Northwoods v. Schuring, 05CH343.  See Order to<br>Compromise Controversy entered February 20, 2008.<br>Northwoods v. ML Investment, 07CH228.  See Order<br>to Abandon entered July 17, 2013. | 69,377.83 | 16,000.00 | | 6,000.00 | FA |
| 3 | Miscellaneous material and equipment | 0.00 | 0.00 | | 0.00 | FA |
| 4 | ASSET ENTERED IN ERROR<br>   Duplicate entry of Asset No. 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | ASSET ENTERED IN ERROR<br>   Duplicate entry of Asset No. 2 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | ASSET ENTERED IN ERROR<br>   Duplicate entry of Asset No. 3 | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 10.93 | FA |
| 7 | **Assets   Totals** (Excluding unknown values) | **$69,377.83** | **$16,000.00** | | **$6,010.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**        June 30, 2009        **Current Projected Date Of Final Report (TFR):**        August 15, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 07-72239 | |
| **Case Name:** | NORTHWOODS CONSTRUCTION, INC. | |
| **Taxpayer ID #:** | **-***6776 | |
| **Period Ending:** | 02/25/14 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****79-65 - Money Market Account |
| **Blanket Bond:** | $736,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/08 | {2} | Timothy Schuring | Settlement funds (accounts receivable) | 1121-000 | 6,000.00 | | 6,000.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.41 | | 6,000.41 |
| 04/23/08 | 1001 | Attorney Laurence A. Willbrandt | Compensation for special counsel | 3210-600 | | 900.00 | 5,100.41 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.82 | | 5,101.23 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.63 | | 5,101.86 |
| 06/03/08 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2008 FOR CASE #07-72239, 016018067 | 2300-000 | | 5.05 | 5,096.81 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.64 | | 5,097.45 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.64 | | 5,098.09 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.60 | | 5,098.69 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.66 | | 5,099.35 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.55 | | 5,099.90 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.40 | | 5,100.30 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 5,100.66 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,100.86 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,101.05 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,101.27 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,101.47 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,101.67 |
| 05/29/09 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/29/2009 FOR CASE #07-72239, Bond payment | 2300-000 | | 6.64 | 5,095.03 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,095.25 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,095.46 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,095.67 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,095.87 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,096.07 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,096.28 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,096.49 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,096.69 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,096.88 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,097.10 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.03 | | 5,097.13 |
| 04/06/10 | | Wire out to BNYM account 9200******7965 | Wire out to BNYM account 9200******7965 | 9999-000 | -5,097.13 | | 0.00 |

| | | |
|---|---|---|
| Subtotals : | $911.69 | $911.69 |

{} Asset reference(s)

Printed: 02/25/2014 03:58 PM    V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-72239 |
| Case Name: | NORTHWOODS CONSTRUCTION, INC. |
| Taxpayer ID #: | **-***6776 |
| Period Ending: | 02/25/14 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****79-65 - Money Market Account |
| Blanket Bond: | $736,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 911.69 | 911.69 | $0.00 |
| | | | Less: Bank Transfers | | -5,097.13 | 0.00 | |
| | | | Subtotal | | 6,008.82 | 911.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,008.82 | $911.69 | |

{} Asset reference(s)

Printed: 02/25/2014 03:58 PM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-72239
**Case Name:** NORTHWOODS CONSTRUCTION, INC.

**Taxpayer ID #:** **-***6776
**Period Ending:** 02/25/14

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-*****79-65 - Checking Account
**Blanket Bond:** $736,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | Wire in from JPMorgan Chase Bank, N.A. account ********7965 | 9999-000 | 5,097.13 | | 5,097.13 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 5,097.37 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,097.67 |
| 06/07/10 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #07-72239 | 2300-000 | | 4.77 | 5,092.90 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,093.20 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,093.50 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,093.80 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,093.84 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,093.88 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,093.92 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,093.96 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,094.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,094.03 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,094.07 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,094.11 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,094.15 |
| 05/31/11 | 11005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #07-72239 | 2300-000 | | 5.60 | 5,088.55 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,088.59 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,088.63 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5.92 | 5,082.71 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,082.75 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,057.75 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,057.79 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,032.79 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,032.83 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,007.83 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,007.87 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,982.87 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,982.91 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,957.91 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,957.95 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,932.95 |

| | Subtotals : | $5,099.24 | $166.29 |
|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 07-72239 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | NORTHWOODS CONSTRUCTION, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******79-65 - Checking Account |
| Taxpayer ID #: | **-***6776 | | Blanket Bond: | $736,000.00  (per case limit) |
| Period Ending: | 02/25/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,907.95 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,882.95 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,857.95 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,832.95 |
| 06/04/12 | 11006 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 06/04/2012 FOR CASE<br>#07-72239 | 2300-000 | | 4.27 | 4,828.68 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,803.68 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,778.68 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,753.68 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,728.68 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,703.68 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,678.68 |
| 12/18/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033041088<br>20121218 | 9999-000 | | 4,678.68 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 5,099.24 | 5,099.24 | $0.00 |
| Less: Bank Transfers | 5,097.13 | 4,678.68 | |
| **Subtotal** | **2.11** | **420.56** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2.11** | **$420.56** | |

{} Asset reference(s)

Printed: 02/25/2014 03:58 PM   V.13.14

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-72239 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** NORTHWOODS CONSTRUCTION, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7266 - Checking Account |
| **Taxpayer ID #:** **-***6776 | **Blanket Bond:** $736,000.00  (per case limit) |
| **Period Ending:** 02/25/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,678.68 | | 4,678.68 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,668.68 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,658.68 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,648.68 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,638.68 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,628.68 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,618.68 |
| 06/03/13 | 21007 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #07-72239 | 2300-000 | | 6.48 | 4,612.20 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,602.20 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,592.20 |
| 10/02/13 | 21008 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,800.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,800.00 | 2,792.20 |
| 10/02/13 | 21009 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,351.09, Trustee Compensation;  Reference: | 2100-000 | | 1,351.09 | 1,441.11 |
| 10/02/13 | 21010 | Rockford Auto Glass | Dividend paid  1.05% on $3,924.47; Claim# 1; Filed: $3,924.47; Reference: | 7100-000 | | 41.54 | 1,399.57 |
| 10/02/13 | 21011 | DFI Floor Works, Inc. | Dividend paid  1.05% on $1,564.00; Claim# 2; Filed: $1,564.00; Reference: | 7100-000 | | 16.55 | 1,383.02 |
| 10/02/13 | 21012 | Top Side Roofing, Inc. | Dividend paid  1.05% on $2,125.00; Claim# 3; Filed: $2,125.00; Reference: Voided on 10/08/13 | 7100-000 | | 22.49 | 1,360.53 |
| 10/02/13 | 21013 | Paschke Concrete, LLC | Dividend paid  1.05% on $16,634.51; Claim# 4; Filed: $16,634.51; Reference: | 7100-000 | | 176.07 | 1,184.46 |
| 10/02/13 | 21014 | Munks Electrical | Dividend paid  1.05% on $11,526.99; Claim# 5; Filed: $11,526.99; Reference: | 7100-000 | | 122.01 | 1,062.45 |
| 10/02/13 | 21015 | Robert A. Wilbrandt, Ltd. | Dividend paid  1.05% on $19,460.50; Claim# 6; Filed: $19,460.50; Reference: | 7100-000 | | 205.99 | 856.46 |
| 10/02/13 | 21016 | Manning Steel Crane, Inc. | Dividend paid  1.05% on $950.00; Claim# 7; Filed: $950.00; Reference: Voided on 10/08/13 | 7100-000 | | 10.06 | 846.40 |
| 10/02/13 | 21017 | Nelson Exteriors | Dividend paid  1.05% on $641.00; Claim# 9; Filed: $641.00; Reference: | 7100-000 | | 6.78 | 839.62 |
| 10/02/13 | 21018 | Nelson Exteriors | Dividend paid  1.05% on $796.00; Claim# 10; Filed: $796.00; Reference: | 7100-000 | | 8.43 | 831.19 |
| 10/02/13 | 21019 | Zanck, Coen & Wright | Dividend paid  1.05% on $8,112.50; Claim# | 7100-000 | | 85.87 | 745.32 |

| | | Subtotals : | $4,678.68 | $3,933.36 | |
|---|---|---|---|---|---|

{} Asset reference(s)                                                                 Printed: 02/25/2014 03:58 PM   V.13.14

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 07-72239 | |
| **Case Name:** | NORTHWOODS CONSTRUCTION, INC. | |
| **Taxpayer ID #:** | **-***6776 | |
| **Period Ending:** | 02/25/14 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7266 - Checking Account |
| **Blanket Bond:** | $736,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 11; Filed: $8,112.50; Reference: | | | | |
| 10/02/13 | 21020 | Illini Hi Rach | Dividend paid   1.05% on $5,874.00; Claim# 12; Filed: $5,874.00; Reference: | 7100-000 | | 62.18 | 683.14 |
| 10/02/13 | 21021 | Magana Drywall | Dividend paid   1.05% on $4,872.00; Claim# 13; Filed: $4,872.00; Reference: | 7100-000 | | 51.57 | 631.57 |
| 10/02/13 | 21022 | Yellow Book USA | Dividend paid   1.05% on $5,093.89; Claim# 14; Filed: $5,093.89; Reference: | 7100-000 | | 53.92 | 577.65 |
| 10/02/13 | 21023 | Parrish Paving | Dividend paid   1.05% on $9,140.00; Claim# 15; Filed: $9,140.00; Reference: | 7100-000 | | 96.75 | 480.90 |
| 10/02/13 | 21024 | Graduate Decorators Corp. | Dividend paid   1.05% on $6,023.43; Claim# 16; Filed: $6,023.43; Reference:<br>Stopped on 01/09/14 | 7100-000 | | 63.76 | 417.14 |
| 10/02/13 | 21025 | Polar Heating & Cooling, Inc. | Dividend paid   1.05% on $9,550.00; Claim# 17; Filed: $9,550.00; Reference:<br>Voided on 10/14/13 | 7100-000 | | 101.09 | 316.05 |
| 10/02/13 | 21026 | Nelson Exteriors | Dividend paid   1.05% on $4,937.00; Claim# 18; Filed: $4,937.00; Reference: | 7100-000 | | 52.26 | 263.79 |
| 10/02/13 | 21027 | Stan's Lumber, Inc. | Dividend paid   1.05% on $11,801.52; Claim# 19; Filed: $11,801.52; Reference: | 7100-000 | | 124.92 | 138.87 |
| 10/02/13 | 21028 | Hogan Roofing | Dividend paid   1.05% on $12,770.00; Claim# 20; Filed: $12,770.00; Reference: | 7100-000 | | 135.17 | 3.70 |
| 10/02/13 | 21029 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 3.70 | 0.00 |
| 10/08/13 | 21012 | Top Side Roofing, Inc. | Dividend paid   1.05% on $2,125.00; Claim# 3; Filed: $2,125.00; Reference:<br>Voided: check issued on 10/02/13 | 7100-000 | | -22.49 | 22.49 |
| 10/08/13 | 21016 | Manning Steel Crane, Inc. | Dividend paid   1.05% on $950.00; Claim# 7; Filed: $950.00; Reference:<br>Voided: check issued on 10/02/13 | 7100-000 | | -10.06 | 32.55 |
| 10/08/13 | 21030 | U.S. BANKRUPTCY COURT | Monies for unclaimed payment on Claim No. 3 to Top Side Roofing & Claim No. 7 to Manning Steel Crane<br>Voided on 01/09/14 | 8500-002 | | 32.55 | 0.00 |
| 10/14/13 | 21025 | Polar Heating & Cooling, Inc. | Dividend paid   1.05% on $9,550.00; Claim# 17; Filed: $9,550.00; Reference:<br>Voided: check issued on 10/02/13 | 7100-000 | | -101.09 | 101.09 |
| 01/09/14 | 21024 | Graduate Decorators Corp. | Dividend paid   1.05% on $6,023.43; Claim# 16; Filed: $6,023.43; Reference:<br>Stopped: check issued on 10/02/13 | 7100-000 | | -63.76 | 164.85 |
| 01/09/14 | 21030 | U.S. BANKRUPTCY COURT | Monies for unclaimed payment on Claim No. 3 | 8500-002 | | -32.55 | 197.40 |

| | | | Subtotals : | | $0.00 | $547.92 | |

{} Asset reference(s)                                                                                   Printed: 02/25/2014 03:58 PM   V.13.14

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 07-72239 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | NORTHWOODS CONSTRUCTION, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7266 - Checking Account |
| Taxpayer ID #: | **-***6776 | | Blanket Bond: | $736,000.00 (per case limit) |
| Period Ending: | 02/25/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | to Top Side Roofing & Claim No. 7 to Manning Steel Crane | | | | |
| | | | Voided: check issued on 10/08/13 | | | | |
| 01/09/14 | 21031 | U.S. BANKRUPTCY COURT | Monies from unclaimed payment on Claim #3 (Top Side Roofing); #7 (Manning Steel Crane); #16 (Graduate Decorators); #17 (Polar Heating & Cooling) | 8500-002 | | 197.40 | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 4,678.68 | 4,678.68 | $0.00 |
| Less: Bank Transfers | | 4,678.68 | 0.00 | |
| **Subtotal** | | **0.00** | **4,678.68** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$4,678.68** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****79-65** | **6,008.82** | **911.69** | **0.00** |
| **Checking # 9200-*****79-65** | **2.11** | **420.56** | **0.00** |
| **Checking # ******7266** | **0.00** | **4,678.68** | **0.00** |
| | **$6,010.93** | **$6,010.93** | **$0.00** |

{} Asset reference(s)